IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NOS. 5:95CR00205-001 & 5:95CR00206-001F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CONSENT ORDER FOR |
| v. | ) | INSTALLMENT PAYMENTS |
| | ) | 28 U.S.C., § 3204 |
| RONNIE EUGENE MOORE, | ) | |
| | ) | |
| Defendant, | ) | |

The parties, the United States of America, and the judgment defendant, agree and stipulate as follows:

1. The judgment defendant, social security number, and address are: Ronnie Eugene Moore; xxx-xx-7403; and Raleigh, North Carolina.

2. A Judgment was entered against the judgment defendant, in this action on July 20, 1993. The total balance due on the Judgment is $27,398.63 as of May 27, 2015.

3. The judgment defendant waives services of Notice of the Application for this Order of payment pursuant to the Federal Debt Collection Procedures Act of 1990 (FDCPA) and any other process to which the judgment defendant may be entitled under the FDCPA.

4. The parties therefore agree and stipulate to the entry of this Consent Order for Installment Payments against the judgment defendant. It is expressly agreed and stipulated to by the parties

that the defendant shall pay to the United States the total sum of $100.00 per month, beginning on July 5, 2015. Said monthly payments shall begin on July 5, 2015 and will be due on the 5th of each month thereafter until March 5, 2017 when payments will increase to $400.00 a month and continue until debt is paid in full. Checks should be made payable to:

        U. S. District Court

and mailed to:

        P. O. Box 25670
        Raleigh, North Carolina 27611

5. Nothing in this agreement prevents the plaintiff from pursuing administrative offsets, including that by Internal Revenue Service, and the judgment defendant specifically consents to the offset. Any payments applied to this claim as a result of an offset will be credited as a payment to the existing balance and will not be included as part of the periodic payments, nor will it affect the periodic payments.

6. The judgment defendant hereby knowingly waives any rights that he may have to any automatic accounting. In the event the above recovery is not sufficient to pay the debt in full, the U.S. shall be entitled to pursue any and all remedies to collect such debt as are allowed by law.

APPROVED AND SO ORDERED this 28 day of May, 2015.

_James C. Fox_
United States District Judge

CONSENTED TO:

_signature_              DATE: 5/27/2015
G. NORMAN ACKER, III
Assistant United States Attorney

_signature_              DATE: 5-27-2015
RONNIE EUGENE MOORE
Judgment Defendant